**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
Jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES GUSMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**COMCAST CORPORATION,**<br><br>Defendant. | Case No: 13-cv-1049-GPC (DHB)<br><br>**NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS** |

Plaintiff James Gusman ("Plaintiff") submit this Notice of Settlement On An Individual Basis to inform the Court that this action has settled, on an individual basis, and to request that pending dates be vacated with a deadline for the parties to file a joint motion to dismiss no later than December 14, 2015.

Therefore, Plaintiff requests that all pending deadlines be vacated and that the Court set a deadline for the parties to file a joint motion to dismiss by December 14, 2015.

                                      Respectfully submitted,

                                      **KAZEROUNI LAW GROUP, APC**

Date: November 13, 2015        By:   __/s Abbas Kazerounian_____
                                                    Abbas Kazerounian, Esq.
                                                    Attorneys for Plaintiff

Kazerouni Law Group, APC
Costa Mesa, California