Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com

JOSHUA B. SWIGART (SBN 225557)
josh@westcoastlitigation.com
HYDE & SWIGART
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

ABBAS KAZEROUNIAN (SBN 249203)
ak@kazlg.com
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

ATTORNEYS FOR PLAINTIFF

[Additional Counsel On Signature Page]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAMES GUSMAN**, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>**COMCAST CORPORATION,**<br><br>         Defendant. | Case No. 3:13-cv-01049-GPC-DHB<br><br>**JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff James Gusman and defendant Comcast Corporation hereby moves to dismiss this action with prejudice as to plaintiff James Gusman, individually, and without prejudice as to the putative class.  Each side to bear its own attorney fees and costs.

Respectfully submitted this 14th day of December, 2015

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

By: s/Bryan A. Merryman, Esq.
BRYAN A. MERRYMAN
Attorney for Defendants

BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
J. JONATHAN HAWK (SBN 254350)
jhawk@whitecase.com
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA 90071-2007
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

JAIME A. BIANCHI (ADMITTED PRO HAC VICE)
jbianchi@whitecase.com
WHITE & CASE LLP
Southwest Financial Center
200 S. Biscayne Blvd., Ste. 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

ATTORNEYS FOR DEFENDANT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Bryan A. Merryman, counsel for Defendant, and that I have obtained Mr. Merryman's authorization to affix his electronic signature to this document.

By: <u>s/Todd M. Friedman, Esq.</u>
TODD M. FRIEDMAN
Attorney for Plaintiffs

Filed electronically on this 14th day of December, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Gonzalo P. Curiel
United States District Court
Southern District of California

Bryan A Merryman
White and Case LLP

Jaime A. Bianchi
White & Case LLP

James Jonathan Hawk
White & Case, LLP


This 14th day of December, 2015.
s/Todd M. Friedman
TODD M. FRIEDMAN