1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

JAMES GUSMAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

COMCAST CORPORATION,

Defendant.

No. 13-CV-1049-GPC-DHB

**ORDER OF DISMISSAL WITH PREJUDICE**

The Court has reviewed the Joint Motion to Dismiss Case with Prejudice submitted jointly by plaintiff James Gusman and defendant Comcast Corporation. Good cause appearing, the Court grants the stipulation.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby dismisses the action with prejudice as to plaintiff James Gusman, individually, and without prejudice as to the putative class members.  Each party to bear its own attorney fees and costs.

IT IS SO ORDERED.

Dated:  December 15, 2015

Hon. Gonzalo P. Curiel
United States District Judge

1

ORDER OF DISMISSAL WITH PREJUDICE